UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Ray Tedeschi,<br><br>    Plaintiff,<br>v.<br><br>Kason Credit Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No.:  3:10-cv-00612-DJS<br>:<br>:<br>:<br>:<br>: |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. CIV. P. 41(a) within 60 days.

**Dated May 21, 2014**

                **Respectfully submitted,**

                **PLAINTIFF, Ray Tedeschi**

                **/s/ Sergei Lemberg**

                **Sergei Lemberg, Esq.**
                **LEMBERG LAW L.L.C.**
                **1100 Summer Street, 3rd Floor**
                **Stamford, CT 06905**
                **Telephone: (203) 653-2250**
                **Facsimile:  (203) 653-3424**
                **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) which sent notice of such filing to the following:

James Colin Mulholland, Esq.
202 West Road
Salem, CT 06420
*Counsel for Defendant*

By  /s/ Sergei Lemberg

Sergei Lemberg